UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEBRA A. PORTEOUS,<br><br>      Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br><br>      Defendant. | Case No. CV-18-125-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the ALJ's decision is based on substantial evidence and free of legal error. Accordingly, IT IS ORDERED that the Commissioner's decision is affirmed.

  Dated this 3rd day of May, 2019.

            TYLER P. GILMAN, CLERK

            By: /s/ Annie Puhrmann
            Annie Puhrmann, Deputy Clerk