IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEBRA A. PORTEOUS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CV 18-125-M-KLD<br><br><br>ORDER |

The Ninth Circuit has issued its formal mandate in this case pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's March 30, 2021 memorandum decision.

DATED this 21st day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge